UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

SCCY Industries, LLC,

*Plaintiff,*

v.

Paul Jannuzzo and
E. Monika Bereczky,

*Defendants.*

No. 6:17-cv-1495-ORL-31-KRS

## NOTICE OF REMOVAL

In accordance with 28 U.S.C. §§ 1441 and 1446, you are hereby notified that Defendants Paul Jannuzzo and E. Monika Bereczky are removing this civil action from the Circuit Court for the Seventeenth Judicial Circuit, in and for Volusia County, Florida to the United States District Court for the Middle District of Florida, Orlando Division, and in support thereof shows this Court the following:

### BACKGROUND

1.  On July 5, 2017, Plaintiff filed its Complaint in the Circuit Court for the Seventh Judicial Circuit, in and for Volusia County, Florida, No. 2017-31179-CICI, Div. 32, and styled "*SCCY Industries LLC v. Paul Jannuzzo & E. Monika Bereczky*" (the "Circuit Court Action").

2.  Pursuant to Local Rule 4.02, true and correct copies of all process, pleadings, orders, and other papers on file in the Circuit Court Action are attached hereto as <u>Exhibit A</u>.

3.  Defendant Paul Jannuzzo was served with summons and a copy of the Circuit Court Action Complaint July 19, 2017. Thus, this Notice of Removal is filed within 30 days

after receipt by Jannuzzo, through service or otherwise, of the Complaint setting forth the claim for relief upon which this action is based and, therefore, it is timely within the provisions of 28 U.S.C. § 1446(b).

4. Defendant E. Monika Bereczky was served with summons and a copy of the Circuit Court Action Complaint July 20, 2017. Thus, this Notice of Removal is filed within 30 days after receipt by Bereczky, through service or otherwise, of the Complaint setting forth the claim for relief upon which this action is based and, therefore, it is timely within the provisions of 28 U.S.C. § 1446(b).

5. The claim asserted by Plaintiff in its Complaint arises from an alleged dispute between Plaintiff and Defendants regarding payments Plaintiff allegedly made to Jannuzzo.

6. In its Complaint, Plaintiff seeks from Defendants repayment of more than $260,000.00 it freely paid to Jannuzzo plus interest, costs, and expenses (Compl. ¶ 19).

7. On August 8, 2017, Defendants filed a motion to dismiss the Complaint in the Circuit Court Action.

## VENUE

8. Removal to the United States District Court for the Middle District of Florida is proper pursuant to 28 U.S.C. § 1441(a) because the Superior Court Action is pending in Volusia County, Florida, which sits in the Middle District of Florida, Orlando Division.

## GROUNDS FOR REMOVAL

9. This Court has jurisdiction over the Circuit Court Action based on diversity of citizenship.

10. As required under 28 U.S.C. § 1332(a), the amount in controversy exceeds $75,000, as Plaintiff alleges Defendants improperly caused Plaintiff to transfer at least $260,000.00 to Jannuzzo (Compl. ¶¶ 15, 18–19, 25).

11. As required under 28 U.S.C. § 1332(a)(1), this controversy arises between citizens of different states. Plaintiff is a limited liability company organized under the laws of the state of Florida (Compl. ¶ 2). Plaintiff, an LLC, is a citizen of all states of which its members are citizens.[1] The sole member of SCCY Industries, LLC is Joe Roebuck, who is a citizen and resident of the state of Florida. Defendants are residents and citizens of the state of Georgia (Compl. ¶¶ 3–4).

## NOTICE TO PLAINTIFF AND SUPERIOR COURT

12. Pursuant to 28 U.S.C. § 1446(d), a copy of the Notice of Removal has been sent to all adverse parties and will be promptly filed with the Circuit Court of Volusia County, Florida, to effect removal of the Circuit Court Action to this Court.

---

[1] *Rolling Greens MHP, L.P. v. Comcast SCH Holdings, LLC*, 374 F.3d 1020, 1022 (11th Cir. 2004) ("To sufficiently allege the citizenships of these unincorporated business entities, a party must list the citizenships of all the members of the limited liability company.").

WHEREFORE, having met all of the requirements for removal, Defendants hereby give notice of their removal of the Circuit Court Action to the United States District Court for the Middle District of Florida, Orlando Division.

Respectfully submitted, this 14th day of August 2017.

/s/Benjamin D. Van Horn

Benjamin D. Van Horn
Florida Bar No. 123952

John Da Grosa Smith
Trial Counsel
Georgia Bar No. 660946
(*pro hac vice application in process*)

Kristina M. Jones
Georgia Bar No. 435145
(*pro hac vice application in process*)


SMITH LLC
1320 Ellsworth Industrial Blvd.
Suite A1000
Atlanta, GA 30318
Tel: 404-605-9680
Fax: 404-935-5226
jdsmith@smithlit.com
kjones@smithlit.com
bvanhorn@smithlit.com

*Attorneys for Defendants Paul Jannuzzo and E. Monika Bereczky*

# CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2017, I served the foregoing *NOTICE OF REMOVAL* by depositing a copy of same in the United States Mail with a properly addressed envelope with sufficient postage affixed thereto to ensure delivery to the following:

Thomas J. Leek, Esq.
COBB COLE
Thomas.leek@cobbcole.com
P.O. Box 2491
Daytona Beach, Florida 32115-2491

United States District Court
Middle District of Florida
401 West Central Boulevard, Room 1200
Orlando, Florida 32801

Benjamin D. Van Horn
Florida Bar No. 123952
bvanhorn@smithlit.com