# EXHIBIT A



## AGREEMENT

On this Day, the 10th of January, 2017, the parties listed hereafter have come to an **AGREEMENT** ending the employment of Paul F. Jannuzzo (hereinafter referred to as Jannuzzo) and Eva Monika Bereczky Jannuzzo (hereinafter referred to as Bereczky) as "W2" employees by SCCY Industries LLC.

**WHEREAS**, the parties have agreed to hire the two aforesaid persons as contract employees with specific duties which SCCY Industries LLC and Joseph V. Roebuck feel are valuable and necessary for the growth and stability of SCCY Industries LLC.

**WHEREFORE**, it is agreed that Jannuzzo will continue to represent SCCY Industries LLC throughout the course of its State Department matter which was initiated by SCCY Industries in April of 2016. More specifically, Jannuzzo will respond to and handle all communications with the State Department on behalf of SCCY Industries LLC. This shall include providing requested documents, preparing written responses, and interviewing employees with potential knowledge of the specific issues that have been disclosed to the State Department, Department of Defense Trade Controls.

**FURTHERMORE**, Jannuzzo agrees that if so desired by Joseph V. Roebuck, he will perform functions traditionally performed by an in-house counsel in regard to other legal matters that are being initiated by the company, to wit: The matters being worked on by Smith Litigation in Atlanta in which the defendants are Nicholas Tucker, Hannah James and James Craig Dutton; the maters being worked on by Kevin Connor against 3 defendants whose accounts are in arrears with SCCY Industries LLC; and, the suit being prepared by Buckmaster & Ellzey against American DOF which owes SCCY Industries LLC thirty-nine thousand Dollars (39,000.00+).

**FURTHERMORE**, Jannuzzo agrees to work on any and all other regulatory matters assigned to him by Joseph V. Roebuck.

**FURTHERMORE**, Bereczky agrees to handle any State Department licensing issues that SCCY wishes her to work. Said desire will be communicated by either Joseph v. Roebuck or A. Wayne Holt. Most particularly, she will continue to work on any and all licensing issues necessary to insure that SCCY Industries LLC will have product to exhibit at the IWA Messe in Nurnberg, Germany, in the first week of March 2017.

The parties hereto have **AGREED** that the compensation for the above services will be the same as the parties were making as employees of SCCY Industries LLC. That compensation was four hundred and sixteen thousand dollars ($416,000.00) for Jannuzzo and one hundred and four thousand dollars ($104,000.00) for Bereczky.  Jannuzzo and Bereczky acknowledge that fifty percent (50%) has been paid up front. The balance will be paid in equal increments over the subsequent fifty (52) weeks

**FURTHERMORE,** the parties agree to not disparage each other within and outside of the firearm industry.

THEREFORE, in consideration of the above conditions, promises and compensation, all parties hereto have affixed their signatures below.

_____
Joseph V. Roebuck

_____
Paul F. Jannuzzo

_____
E. Monika Bereczky Jannuzzo