**Paul Jannuzzo**

**From:** EPI - Richard Lai <epi@biznetvigator.com>
**ent:** Thursday, 23 October, 2014 20:38
**ſo:** Joe Roebuck
**Subject:** Re: Joe

Dear Joe,

It will take time because some tooling is being produced and some being repaired. We will submit them ASAP.

Regards,

Richard Lai

-----原始郵件-----
From: Joe Roebuck
Sent: Friday, October 24, 2014 3:13 AM
To: epi@biznetvigator.com
Subject: Joe

Richard,
Would you kindly send me a picture of each mold with a part description the you have on hand for SCCY. Thank you in advance for your help.

Regards,
Joe Roebuck
Founder/CEO
SCCY Firearms

**Paul Jannuzzo**

---

**From:** epi@biznetvigator.com
**ent:** Thursday, 09 January, 2014 10:04
**To:** John Berglund
**Cc:** Joe Roebuck
**Subject:** Re: 01-066 & 01-067 3-D Models

Dear John,

Thank you for your 3D files.

Regards,

Richard Lai

>
> From: John <John@sccy.com>
> Date: 2014/01/09 Thu PM 10:50:32 HKT
> To: "epi@biznetvigator.com" <epi@biznetvigator.com>
> CC: Joe Roebuck <Joe@sccy.com>
> Subject: 01-066 & 01-067 3-D Models
>
> Richard,
>
> Please find attached, 3-D models for parts 01-066 (Latch Housing) and 01-067 (Lock Housing).
> Let me know if you need any further information.
>
> Best Regards,
> John
>

**Paul Jannuzzo**

**From:** epi@biznetvigator.com
**Sent:** Thursday, 09 January, 2014 10:05
**To:** Joe Roebuck
**Subject:** Mag Body blank samples

Dear Joe,

I did not explain the situation as clearly as I could have, causing some misunderstanding between us.

The situation with the supplier is a little bit sensitive because the current supplier knows that we have found other suppliers to quote the progressive die for the Mag. Body during my visit to SCCY.

Also, the tooling needs to be repaired in order to continue production, but we have not yet responded in over a month. So the supplier feels that there might be something going on, making the relationship a little sensitive.

Finally, we are still negoatiating the pricing for the new order because while we are decreasing the price for you, the supplier is increasing the pricing because of the rising material and labor cost.

Actually, we took the pictures of each die in the process and will submit the pictures with the condition to you tomorrow.

Furthermore, we will find another supplier if there are new projects. Your understanding would be deeply appreciated.

Regards,

Richard Lai

>
> From: Joe Roebuck <Joe@sccy.com>
> Date: 2014/01/09 Thu PM 09:13:02 HKT
> To: EPI - Richard Lai <epi@biznetvigator.com>
> Subject: Re: Mag Body blank samples
>
> Richard,
>
> This is very important to me... I don't understand the why the need for sensitivity here... I own the tooling and everything it makes... We discussed this back in June during your trip to SCCY. I need to study how my part is being made in order to understand and possibly improve the process... To start, would you kindly send pictures of each progression.
>
> I'm planning a trip to visit you in early March. Part of the purpose of that trip is to visit the die shop And inspect and take pictures of all of my tooling including mold tooling. Thank you for help.
>
> Best Regards

**Paul Jannuzzo**

---

**From:** epi@biznetvigator.com
**Sent:** Tuesday, 10 January, 2012 13:10
**To:** Joe Roebuck
**Subject:** Sccy - P/N: 01-030G

Dear Joe,

We will check to see whether we are able to build the replacement before the New Year Holiday.

Regards,

Richard Lai

>
> 寄件者: joe@sccy.com
> 日期: 2012/01/11 星期三 上午 12:58:49 HKT
> 收件者: "Richard" <epi@biznetvigator.com>
> 主旨: Sccy - P/N: 01-030G
>
> Richard,
>
> Please see attached prints. We received (your January 3, 2012 shipment) "Frame Pin" - P/N:01-030F which has been OBSOLETE for almost 2 years now, for the Generation 1 product. Do you have any P/N:01-030G "Frame Pins" for Generation 2 product. Please review prints attached to see the differences between the 2 revision levels.
>
> Please advise if we need to place a new order, our inventory is very low.
>
> Regards,
> Joe
>
>
>

**From:** EPI - Richard Lai [mailto:epi@biznetvigator.com]
**Sent:** Tuesday, July 08, 2014 2:01 AM
**To:** Stephanie
**Cc:** wynn@cast-rite.com; Joe Roebuck; Nick Tucker
**Subject:** Form 6

Dear Stephanie,

There are shipment be held as listed below :

21 March 2014 – 2,000 pcs. of P?N 01-036C to be shipped via FedEx (8021-0013-7707)
14 March 2014 – 5,000 pcs. of P/N 01-042C to be shipped via DHL (997-4472-970)
15 March 2014 – 5,000 pcs. of P/N 01-042C to be shipped via DHL (997-4464-776)
17 March 2014 – 5,000 pcs. of P/N 01-042C to be shipped via DHL (997-4479-421)
26 March 2014 – 2,000 pcs. of P/N 01-060B+4755 pcs. of P/N 01-036D to be shipped via air (A-Sonic)
19 March 2014 – 16 items of various parts to be shipped via ocean (A-Sonic)

What will be the status of those shipment ? Which shipment can be returned to EPI ?

Looking forward to hearing from you soon.

Regards,

Richard Lai


**From:** Stephanie
**Sent:** Monday, June 30, 2014 10:35 PM
**To:** mailto:kgarcia@aeronet.com
**Cc:** mailto:epi@biznetvigator.com ; mailto:wynn@cast-rite.com ; Joe Roebuck ; Nick Tucker
**Subject:** Form 6

Hi Kevin,

Our Form 6 has been denied due to the US embargo on Chinese manufactured firearms related products. We need to go ahead and send back the materials that are on hold in your warehouse back to EPI. Please let me know if you need anything from me to get this done.

We even tried to have Knesek Group (a US firearms importer) add us to their From 6 and they were also denied.

Sincerely,

*Stephanie*

Stephanie Wells
Executive Vice President
3950 Cobb Pkwy NW, Ste 503
Acworth, GA 30101
Cell 386.871.9122
Fax 770.672.6709



U.S. Department of Justice

Bureau of Alcohol, Tobacco, Firearms and Explosives

SCCY WAS visited on 04/02/14 & told the importation was illegal This was a hail Mary

*Martinsburg, West Virginia 25405*

www.atf.gov

901030-PC
5330/SCCY
Ref: 14-03628

SCCY Industries, LLC
Attn: Stephanie Wells
1800 Concept Court
Daytona Beach, FL 32114

Ms. Wells,

We are unable to approve the above listed permit application dated April 11, 2014 to import the Implements of War you requested.

On May 26, 1994, the President announced sanctions against China that include a ban on the importation of munitions and defense articles from China. The Department of State's International Traffic in Arms Regulations (22 C.F.R. 126.1(a)) and the Bureau of Alcohol, Tobacco, Firearms and Explosives regulations on the Importation of Arms, Ammunition and Implements of War (27 C.F.R. 447.52(a)) both state that it is the policy of the United States to prohibit imports of defense articles from countries that are subject to a U.S. arms export embargo.

Unfortunately, the items you're requesting to import is an article enumerated on the U.S. Munitions Import List and subject to the importation controls of the Arms Export Control Act of 1976 and the regulations issued pursuant thereto (27 CFR Part 447). Accordingly, we have no authority to approve the importation of this article from China.

Should you have further questions or concerns relative to this matter, please do not hesitate to write or call Examiner Phillip Chemi at (304) 616-4484, and refer to the seven-digit permit number located in the top right hand corner of this letter.

Sincerely yours,

William E. Majors
Chief, Firearms and Explosives Imports Branch

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0005 (07/31/2013)

# Application and Permit for Importation of Firearms, Ammunition and Implements of War

**Not for use by Members of the United States Armed Forces.**

**For ATF Use Only**

Permit No. (Valid for 12 months from the date appearing in Item 19 below.) NPR No.

Permit Valid For 2 Years 14 03 6 28

**For Applicant's Optional Use**

Internal Control/Reference #

E-mail Address *(Optional)*: Stephanie@sccy.COM

**Section I - Application** *(Submit in triplicate) - For Applicant Use*

1. Federal Firearms License (If Any)

License No. *(x-xx-xxx-xx-xxxxx)*: 1-59-127-07-5M-03222

Expiration Date: 12/1/2015

2. Telephone No. *(Including Extension No.)*: (386) 322-6336

3. Country of Exportation: Hong Kong

4. Name and Address of Customs Broker *(Including Zip Code)*
AERONET (LAX)
20437 S. Western Ave.
Torrance, CA 90501

Check here if permit is to be returned to Customs Broker. ☐

5. Applicant's Name and Address *(Including Zip Code)*
SCCY Industries, LLC
1800 Concept Court
Daytona Beach, FL 32114

Check here if permit is to be returned to applicant. ☒

6. Name and Address of Foreign Seller, if any
Evergreen Planner Industrial (HK) Ltd.
Flat 8,16/F.,Blk.A, Veristrong Industrial Centre,
34-36 Au Pui Wan St., Fotan N.T.

7. Name and Address of Foreign Shipper
same

8. Description of Firearms and Ammunition *(For firearms, enter (SG)-Shotgun; (RI)-Rifle; (PI)-Pistol; (RE)-Revolver; (DD)-Destructive Device; (MG)-Machinegun)*

| | Name and Address of Manufacturer a. | Type *(Frame, Receiver, SG, RI, PI, RE, DD, MG)* b. | Caliber Guage or Size c. | Quantity *(Each type)* d. | Unit Cost *(U.S. Currency)* e. | U.S. Munitions Import List Category f. | Model g. | Length of Barrel *(Inches)* h. | Overall Length *(Inches)* i. | Serial No. j. | New (N) or Used (U) k. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Firearms ☐ | See Attachement | | | | | | | | | | |
| Implements of War ☒ | See Attachement | | | | | | Description: plastic and metal parts | | | | |
| Ammunition ☐ | See Attachement | *(Ball Wad-cutter, Shot, AP, Tracer) (Rounds)* | | | | | | | | | |

DISAPPROVED

9. Certification of Origin. The items sought for importation in block 8:
a. Do not contain parts or components produced by or for the U.S. military and do not contain parts or components manufactured with U.S. military technical data or assistance. ☒
b. Contain parts or components produced by or for the U.S. military or parts or components manufactured with U.S. military technical data or assistance. ☐
c. Contain parts or components produced by or for the U.S. military or components manufactured with U.S. technical data or assistance that were sold abroad pursuant to a Direct Commercial Sale licensed by the Department of State. ☐

10. Specific Purpose of Importation, Including Final Recipient, If Known *(Use additional sheets, if necessary)*
For final assembly and sale in USA

11. Are You Registered as an Importer Pursuant to The Arms Export Control Act of 1976
Yes ☒ No ☐

12. If "Yes," Give Importer's Registration No. and Expiration Date *(A-xx-xxx-xxxx)*
A-45-104-0410 4/10/2015

Under the penalties provided by law, I declare that I have examined this application, including the documents submitted in support of it, and, to the best of my knowledge and belief, it is true, correct, and complete.

13. Name of Applicant *(Printed)*: Stephanie Wells

14. Signature of Applicant: Stephanie Wells

15. Title: Executive Vice President

16. Date: 4/11/2014

**Section II - For ATF Use Only** *(Please make no entries in this section)*

17. The Application Has Been Examined and the Importation of the Firearms, Ammunition, and Implements of War Described Herein is:

Approved ☐
Partially Approved for the Reason Indicated Here or on Attached Letter ☐
Disapproved for the Reason Indicated Here or on Attached Letter ☒
Withdrawn By Applicant Without Action ☐
Returned Without Action for Additional Information ☐
No Permits Required ☐

18. Signature of the Director, Bureau of Alcohol, Tobacco, Firearms and Explosives
[signature]

19. Date: JUN 24 2014

ATF E-Form 6-Part I (5330.3A)
Revised August 2011

APR 14 2014

**Paul Jannuzzo**

| | |
|---|---|
| **From:** | EPI - Richard Lai <epi@biznetvigator.com> |
| **Sent:** | Sunday, April 6, 2014 10:16 PM |
| **To:** | Nick Tucker |
| **Subject:** | SCCY shipments |

Dear Nick,

The factory is still on vacation, we are unable to ship the parts in this moment.

We will re-pack the P/N 240-10 Metal Brake Guard and ship via DHL after the holiday.

We are going to produce the P/N 630-10 Brake Lever after the holiday, it expect the parts are available and ship via DHL by end of this week.

Please let us know if you have any questions.

Regards,

Richard Lai

metal brake guard = slide stop

-----原始郵件-----
From: Nick Tucker
Sent: Monday, April 07, 2014 9:37 AM
To: EPI - Richard Lai
Subject: SCCY shipments

Dear Richard,

Please send the following parts next day air. Please send them with new part numbers and descriptions as follows. Also I will list the new shipping address. Please make the commercial invoice out to: Kyle Beattie Racing.

Please ship 3,000 pcs of p/n 01-042, for shipping and commercial invoice please re label it as p/n 240-10 with description as "metal brake guard".
Make sure you re label the boxes to match the new part number. This will be the temporary solution to bringing product into the country.

Also if you can send any quantity of p/n 01-036 next day air please do so.
Please list it as p/n 630-10 and describe it as "brake lever". We are completely out of stock on this piece by end of this week and desperately need these or our production will be stopped.

If you have any questions or concerns please let me hear them. Would it be possible to send these from your Janitor Company? If we do all these steps along with sending to this new company with the basis they are not firearm parts we should be able to get them to is with out pr

Shipping address:
Kyle Beattie Racing
286 Browns Hill Road
Locust, North Carolina USA 28097

SCCY understands that they cannot load firearm parts

↑ Janitor comes in

**Paul Jannuzzo**

**From:** EPI - Richard Lai <epi@biznetvigator.com>
**Sent:** Tuesday, 22 April, 2014 03:34
**To:** Nick Tucker
**Cc:** Stephanie; Michelle; Joe Roebuck
**Subject:** 240-10 metal brake guard
**Attachments:** SCCY_Packing List_April 2014.pdf; SCCY_Packing List_March 2014.pdf

Dear Nick,

Attached are the packing list of March and April shipment for your reference.

Please let us know if you have any questions.

Regards,

Richard Lai

Richard Lai adds Joe Roebuck to string where by he has knowledge

-----原始郵件-----
From: Nick Tucker
Sent: Monday, April 21, 2014 9:08 AM
To: EPI - Richard Lai
Subject: 240-10 metal brake guard

Dear Richard,

Please send more of p/n 240-10 metal brake guard via fed ex next day air to Kyle Beattie Racing as they become available. Please also ship p/n 01-010
7700 pcs via fed ex economy to Kyle Beattie racing with new part number
010-10 plastic switch. Also I will be putting together a plan to bring the remainder of the march shipment into the USA this week through Kyle Beattie Racing.

Regards,
Nick

Sent from my iPhone

of relabeled parts and that they are shipping from Lai to KBR