# SHUFFIELD LOWMAN
ATTORNEYS AND ADVISORS

W. CHARLES SHUFFIELD
(1944 - 2015)
MAIA R. ALBRECHT
JAMES F. BASQUE
ALICIA N. BRAKER
DANA CROSBY-COLLIER
STEPHANIE L. COOK
SCOTT A. COOKSON
JASON A. DAVIS
JOHN G. DELANCETT
JULIA D. DENNIS
ALEXANDER S. DOUGLAS, II
MATT G. FIRESTONE
LEA ANNE GROOVER
ANDREW J. HALL
CATHERINE P. HANNA
DANIEL B. HARRIS
DAVID H. HARRIS
KEITH J. HESSE
HEIDI W. ISENHART
JOHN P. JUNOD
THOMAS F. LANG
WILLIAM R. LOWMAN, JR.
JANET E. MARTINEZ
J. STEPHEN MCDONALD
GREGORY W. MEIER
RALPH G. PEPE
MELISSA A. RODRIGUEZ
LANE E. BEGY ROESCH
R. CLAYTON ROESCH
THOMAS A. SIMSER, JR.
MARY DOTY SOLIK
MELISSA T. STRASSNER
NICOLE R. TURCOTTE
NICHOLAS B. VARGO
ALYSE N. VERNER
JAMES C. WASHBURN
LYNNE R. WILSON
JENNIFER A. WOLGAMOTT
PAIGE HAMMOND WOLPERT

1000 LEGION PLACE
SUITE 1700
ORLANDO, FL 32801
P 407.581.9800
F 407.581.9801

545 WEST MAIN ST.
TAVARES, FL 32778
P 352.253.2222
F 352.253.2229

203 EAST RICH AVE.
DELAND, FL 32724
P 386.736.9225
F 386.736.9265

114 SOUTH PALMETTO AVE.
DAYTONA BEACH, FL 32114
P 386.257.1777
F 386.258.1355

SHUFFIELDLOWMAN.COM

SHUFFIELD, LOWMAN & WILSON, P.A.

June 27, 2017

**CERTIFIED/RETURN RECEIPT**
**AND U.S. MAIL**
Joseph V. Roebuck
Chief Executive Officer
SCCY Industries, LLC
1800 Concept Court
Daytona Beach, FL 32114

Re:   Paul and Monika Jannuzzo

Dear Mr. Roebuck:

This law firm represents Paul F. Jannuzzo and Eva Monika Bereczky Jannuzzo and is writing this letter on their behalf concerning the following: breach of their agreement with your company, SCCY Industries, LLC ("SCCY"); failure to pay them for their work and expenses through January 9th, 10th and 11th of 2017 ($7600.00); conversion and civil theft for the failure to return and appropriation of Mr. and Mrs. Jannuzzo's personal and other belongings; and civil assault. The claims for failure to pay compensation, both under the Agreement and otherwise, as well as civil theft, would entitle Mr. and Mrs. Jannuzzo to recover attorneys' fees in addition to other relief.

On January 11, 2017, the Jannuzzos entered into a written agreement with SCCY. A copy of this Agreement is attached hereto. (Although the Agreement is dated January 10, in actuality it was executed the following day.)

As reflected in the Agreement, the Jannuzzos, prior to January 11, 2017, were "W2" employees of SCCY. As the Agreement sets forth, the Jannuzzos would then continue on as "contract employees" with specified duties and compensation. The duties included Paul Jannuzzo continuing to represent SCCY with respect to a referenced State Department matter, including handling all communications with the State Department on behalf of SCCY. Other duties and responsibilities were specified for both Paul and Monika Jannuzzo.

The compensation to the Jannuzzos was to be $520,000.00. One-half was paid up front, with the remainder to be paid over fifty-two (52) weeks from the time of the Agreement (amounting to $5,000.00 per week).

Joseph V. Roebuck
June 27, 2017
Page 2 of 3

As part of this transition, the Jannuzzos made arrangements to, and did, relocate from the part-time corporate housing provided by SCCY (located at 27 Promenade in the Lion's Paw section of the LPGA Community) to Georgia. All of their personal possessions and items at the corporate housing where they had lived for more than a year were to be packaged and shipped to them. Those items included family heirlooms, such as a shawl made by Mrs. Jannuzzo's deceased grandmother, a Hamilton watch given to Mr. Jannuzzo's grandfather upon retirement, as well as solid 18 karat gold cufflinks given to Mr. Jannuzzo's father by the "Brussels Boys Club". There were also over $13,000.00 worth of clothing, shoes, electronics, jewelry, briefcases, bedding, bathroom linens and workout equipment located there. Additionally, you also failed to forward the items from Mr. Jannuzzo's office at 1800 Concept Boulevard in Daytona Beach, as you had committed to do. Those items included framed diplomas, licenses and pictures with past presidents and dignitaries, such as Presidents Clinton and Bush.

The Jannuzzos fully complied with their obligations under the Agreement. Indeed, Paul Jannuzzo continued with disclosures and communications with respect to the State Department and the Department of Alcohol, Tobacco and Firearms ("ATF") subsequent to January 11, 2017.

These further disclosures are required by federal law and encompass information discussed with you on January 11, 2017. The topics addressed were SCCY and your activities, as well as emails to back those claims up. This information was developed during the month of December as part of Mr. Jannuzzo's continued internal investigation. More specifically, and in summary form, the State Department and ATF were notified by letters under the dates of February 6th and 19th of 2017:

- That you had been aware of parts being brought into the country from China and the transshipping mechanism through North Carolina to accomplish the same;
- That SCCY's quality control department identified "new parts" as identical to the old parts from China revealing the potential transshipping of molds into the United States; and
- That a similar procedure was used to transship trigger bars through Washington State from Taiwan.

The letters contain significant detail concerning each of the items above and other issues.

For a time, SCCY also complied with the Agreement, sending the Jannuzzos the first several, $5,000.00 payments thereunder. However, the payments for February 15, 2017, and all subsequent weeks, have not been made. Thus, SCCY has clearly violated the terms of this Agreement.

Based on the above, it is clear that SCCY does not intend to pay the Jannuzzos any further on a weekly basis. It has breached and repudiated its obligations under the Agreement.

Joseph V. Roebuck
June 27, 2017
Page 3 of 3

In addition to the above, despite repeated requests, SCCY has not shipped or otherwise delivered to the Jannuzzos any of their personal property and items that were located in the corporate housing leased by SCCY, or in Mr. Jannuzzo's office. Thus, SCCY has exercised, and continues to exercise, wrongful dominion, control and possession of this property, intentionally adverse and hostile to the Jannuzzos.

Demand is hereby made for the entire remaining balance of $235,000.00 due to the Jannuzzos under the Agreement ($260,000.00 less five payments made by SCCY). Demand is also made for immediate delivery to the Jannuzzos, through arrangements with counsel, of all personal items, effects and property of the Jannuzzos located and housed in the corporate premises where they lived at and prior to January 10, 2017.

Separate and apart from the above, and as an alternative to a return of my clients' personal property, pursuant to Fla. Stat. § 772.11(1), demand is hereby made for $63,000.00, representing the treble damage amount of the value of the personal property and effects taken by you as set forth above.

Finally, as indicated in the first paragraph of this letter, a civil assault was committed on Mr. Jannuzzo on January 10, 2017. While at the offices of SCCY, an SCCY employee and agent, Brian Eicher, pointed a gun at Mr. Jannuzzo. Mr. Eicher had to be removed from that location. This was, clearly, an intentional, unlawful threat with an apparent ability to carry out that threat. Moreover, this created in Mr. Jannuzzo a well-founded fear that violence was imminent. Demand is hereby made for $25,000.00 in relation to this act.

Based on the above, demand is hereby made for payment in the amount of $267,600.00, as well as either one of the following with respect to the personal property – delivery and return of all the same, or payment of the amount of $63,000.00, all to be accomplished, through the undersigned, on or before **5:00 p.m. on Monday, July 31, 2017.** Should the same not all be accomplished by such date, the Jannuzzos have authorized me to institute legal proceedings against SCCY and, perhaps, others with respect to these matters. In such case, the Jannuzzos will seek not only the principal amount of $555,600.00, but also prejudgment interest, court costs and attorneys' fees, as well as all other relief allowable under the laws of the State of Florida.

Sincerely,

Keith J. Hesse

KJH/sp
Enclosure



1-10-17

## AGREEMENT

On this Day, the 10th of January, 2017, the parties listed hereafter have come to an **AGREEMENT** ending the employment of Paul F. Jannuzzo (hereinafter referred to as Jannuzzo) and Eva Monika Bereczky Jannuzzo (hereinafter referred to as Bereczky) as "W2" employees by SCCY Industries LLC.

**WHEREAS**, the parties have agreed to hire the two aforesaid persons as contract employees with specific duties which SCCY Industries LLC and Joseph V. Roebuck feel are valuable and necessary for the growth and stability of SCCY Industries LLC.

**WHEREFORE**, it is agreed that Jannuzzo will continue to represent SCCY Industries LLC throughout the course of its State Department matter which was initiated by SCCY Industries in April of 2016. More specifically, Jannuzzo will respond to and handle all communications with the State Department on behalf of SCCY Industries LLC. This shall include providing requested documents, preparing written responses, and interviewing employees with potential knowledge of the specific issues that have been disclosed to the State Department, Department of Defense Trade Controls.

**FURTHERMORE**, Jannuzzo agrees that if so desired by Joseph V. Roebuck, he will perform functions traditionally performed by an in-house counsel in regard to other legal matters that are being initiated by the company, to wit: The matters being worked on by Smith Litigation in Atlanta in which the defendants are Nicholas Tucker, Hannah James and James Craig Dutton; the maters being worked on by Kevin Connor against 3 defendants whose accounts are in arrears with SCCY Industries LLC; and, the suit being prepared by Buckmaster & Ellzey against American DOF which owes SCCY Industries LLC thirty-nine thousand Dollars (39,000.00+).

**FURTHERMORE**, Jannuzzo agrees to work on any and all other regulatory matters assigned to him by Joseph V. Roebuck.

**FURTHERMORE**, Bereczky agrees to handle any State Department licensing issues that SCCY wishes her to work. Said desire will be communicated by either Joseph v. Roebuck or A. Wayne Holt. Most particularly, she will continue to work on any and all licensing issues necessary to insure that SCCY Industries LLC will have product to exhibit at the IWA Messe in Nurnberg, Germany, in the first week of March 2017.

The parties hereto have **AGREED** that the compensation for the above services will be the same as the parties were making as employees of SCCY Industries LLC. That compensation was four hundred and sixteen thousand dollars ($416,000.00) for Jannuzzo and one hundred and four thousand dollars ($104,000.00) for Bereczky. Jannuzzo and Bereczky acknowledge that fifty percent (50%) has been paid up front. The balance will be paid in equal increments over the subsequent fifty (52) weeks

**FURTHERMORE,** the parties agree to not disparage each other within and outside of the firearm industry.

THEREFORE, in consideration of the above conditions, promises and compensation, all parties hereto have affixed their signatures below.

_____         _____
Joseph V. Roebuck                                                Paul F. Jannuzzo

_____
E. Monika Bereczky Jannuzzo