# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SCCY INDUSTRIES, LLC and
JOSEPH V. ROEBUCK,

      **Plaintiffs,**

v.                                                    Case No:   6:17-cv-1495-Orl-31KRS

PAUL F. JANNUZZO, E. MONIKA
BERECZKY, JOHN DOE,
KRONSTADT ADVISORY
SERVICES LLC, TRANS-CARPAT
RESEARCH & ANALYSIS LLC and
DE MOOIE HOND LLC,

      **Defendants.**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Joint Stipulation of Voluntary Dismissal without Prejudice (Doc. 92), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed without prejudice, each party to bear its own fees and costs.   However, the Court declines to retain jurisdiction over the Agreement that has been reached between the parties and referenced in the notice.   The Agreement is a matter of contract between the parties and if a dispute subsequently arises over the performance of same, the parties have legal remedies available to them. Any pending motions are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 25, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties